THE STATE OF OHIO, APPELLANT, *v.* HINES, APPELLEE.

[Cite as *State v. Hines,* 135 Ohio St.3d 134, 2012-Ohio-5908.]

*Court of appeals' judgment affirmed on the authority of* State v. Gardner.

(No. 2012-0371—Submitted December 13, 2012—Decided December 18, 2012.

APPEAL from the Court of Appeals for Montgomery County,

No. 24346, 2012-Ohio-207.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Gardner*, 135 Ohio St.3d 99, 2012-Ohio-5683, 984 N.E.2d 1025.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

KENNEDY, J., not participating.

_____

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and R. Lynn Nothstine, Assistant Prosecuting Attorney, for appellant.

Kristine E. Comunale, for appellee.

_____